# In the United States Court of Federal Claims

No. 19-95C

(E-Filed: February 10, 2021)

|  |  |
|---|---|
| I.P., et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

### ORDER

On December 1, 2020, defendant filed a motion to stay all proceedings in this case. See ECF No. 76. On December 18, 2020, plaintiffs filed a response to defendant's motion and a cross-motion for equitable tolling. See ECF No. 86. Defendant's reply in support of its motion to stay and its response to plaintiffs' cross-motion was initially due to be filed on January 2, 2021, but defendant filed an unopposed motion to extend that deadline to and including February 3, 2021. See ECF No. 91. The court granted the motion on January 4, 2021, and directed defendant to file a combined reply in support of its motion to stay and response to plaintiffs' cross-motion on or before February 3, 2021. See ECF No. 92. As of the filing of this order, the court has not received defendant's filing.

The court notes that on February 2, 2021, defendant filed an opposed motion to stay all proceedings in this case pending a ruling on its motion to certify an interlocutory appeal in this case, and pending the resolution of any subsequent appeal. See ECF No. 97. Filing this motion, particularly because it is opposed by plaintiffs, does not excuse defendant from complying with the court's deadlines. The court will afford defendant one more opportunity to file a reply in support of its motion to stay, and a response to plaintiffs' motion for equitable tolling.

Accordingly, on or before **February 16, 2021**, defendant is directed to **FILE** its **reply** in support of its motion to stay and its **response** to plaintiff's cross-motion for equitable tolling.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith  
PATRICIA E. CAMPBELL-SMITH  
Judge